**No. 09-6673. Ronnie Lee Bowling, Petitioner v. Kentucky.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2420.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1117, 130 S. Ct. 1053, 175 L. Ed. 2d 893, 2010 U.S. LEXIS 205.